LOIS M. TOMS, Respondent, *v.* ROBERT C. TOMS, Appellant. (Appeals Nos. 1 and 2.)

Submitted May 26, 1947; decided May 29, 1947.

*Frank J. Cregg, Jr.,* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.